# GLACIER LAW LLP

41 Madison Avenue,<br>
Suite 2529,<br>
New York, 10010<br>
Email: WEI.WANG@GLACIER.LAW<br>
Web: WWW.GLACIER.LAW

---

November 14, 2025

**VIA ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



**RE:** ***Joint Application for Adjourning Hearing and Extension of TRO - PetPivot Inc. v. Shenzhen Tuguangliang Technology Co., Ltd. d/b/a THEREYE.us***, **Civil Action No. 1:25-cv-9171 (KPF)**

Dear Judge Failla:

Plaintiff PetPivot Inc. ("Plaintiff") and Defendant Shenzhen Tuguangliang Technology Co., Ltd. d/b/a THEREYE.us ("Defendant"), through their counsel, respectfully request that the Court adjourn the preliminary injunction hearing set for November 20, 2025, and continue it to December 4, 2025, or to another date the Court deems appropriate.

Plaintiff filed its Complaint on November 3, 2025. Dkt. No. 1. On November 6, 2025, the Court granted Plaintiff's motion for a temporary restraining order and set a preliminary injunction hearing for November 20, 2025. Dkt. No. 8 at 4–5. The Court further set a deadline for any opposing papers to be filed and served by November 18, 2025. *Id*. at 5.

Plaintiff and Defendant have been engaged in good faith settlement discussions and hoping they can resolve the dispute without the Court's further interventions. As such, Plaintiff and Defendant jointly apply the Court to reset the schedules and deadlines as follows:

- Preliminary Injunction Hearing: December 4, 2025.
- Opposing papers Due: December 2, 2025.

This is the parties' first request for an extension of time in this action. The parties are jointly submitting this application. Defendant further consents to extending the current temporary restraining order (Dkt. No. 8) for an additional 14 days.

The parties respectfully request that Your Honor adjourn the preliminary injunction hearing and set the schedule and deadlines as the parties jointly proposed.

We thank the Court for its time and attention to this matter and in considering this request.

Respectfully submitted

By: /s/ Wei Wang<br>
Wei Wang<br>
Glacier Law LLP<br>
41 Madison Avenue, Suite 2529<br>
New York, NY 10010<br>
(212) 729-5073<br>
Wei.wang@glacier.law

Cc: Via ECF Counsel of Record

Application GRANTED.

Given Defendant's consent and in light of the Court's communication with the parties, the temporary restraining order is extended through December 8, 2025, under Federal Rule of Civil Procedure 65(b)(2). The preliminary injunction hearing is hereby ADJOURNED to **December 8, 2025,** at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendant's opposition is due on or before **December 4, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:    November 18, 2025          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE