

Tong Jin
8140 Walnut Hill Lane, Ste 615
Dallas, TX 75231
Office: 972-331-4609
Facsimile 972-314-0900
Email: tjin@nilawfirm.com
WEBSITE: WWW.NILAWFIRM.COM

December 12, 2025

***VIA ECF***

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



**RE:** ***Joint Application for Adjourning Hearing and Extension of TRO - PetPivot Inc. v. Shenzhen Tuguangliang Technology Co., Ltd. d/b/a THEREYE.us***, **Civil Action No. 1:25-cv-9171 (KPF)**

Dear Judge Failla:

Plaintiff PetPivot Inc. ("Plaintiff") and Defendant Shenzhen Tuguangliang Technology Co., Ltd. d/b/a THEREYE.us ("Defendant") (together, the "Parties"), through their counsel, respectfully request that the Court adjourn the preliminary injunction hearing set for December 15, 2025, and continue it to December 29, 2025, or to another date the Court deems appropriate.

Plaintiff filed its Complaint on November 3, 2025. Dkt. No. 1. On November 6, 2025, the Court granted Plaintiff's motion for a temporary restraining order ("TRO") and set a preliminary injunction ("PI") hearing for November 20, 2025. Dkt. No. 8 at 4–5. On December 2, 2025, upon the Parties' joint request, the Court extended the TRO and rescheduled the PI hearing for December 8, 2025. Dkt. No. 15. On December 4, 2025, Defendant submitted its Opposition to Plaintiff's application for a PI. Dkt. No. 16. Plaintiff submitted its reply on December 8, 2025.

On the same day, following the Court's suggestion, the Parties resumed discussions regarding the PI. Upon the Parties' joint request, the Court extended the TRO and rescheduled the PI hearing for December 15, 2025. Dkt. No. 18.

The Parties have been engaged in good-faith discussions and have agreed to most of the material clauses of a stipulated PI. The Parties hope that they will be able to reach agreement on the remaining clauses in the next two weeks. As such, the Parties jointly apply the Court to reset the schedule and deadline as follows:

- Preliminary Injunction Hearing: December 29, 2025.

This is the Parties' third request for an extension for the PI hearing in this action. The Parties are jointly submitting this application. Defendant further consents to extending the current temporary restraining order (Dkt. No. 8) for an additional 14 days.

Page 2


The parties respectfully request that Your Honor adjourn the preliminary injunction hearing and set the schedule and deadlines as the Parties jointly proposed.


                                    Respectfully submitted,

                                    */s/ Tong Jin*
                                    Tong Jin




Application GRANTED.

The temporary restraining order is hereby extended through
**December 29, 2025,** under Federal Rule of Civil Procedure 65(b)
(2).  The preliminary injunction hearing is hereby ADJOURNED
accordingly to **December 29, 2025,** at **11:00 a.m.**  As before, the
hearing will be telephonic.  The dial-in information is as
follows:  At the scheduled time, the parties shall call (855)
244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion
at docket entry 19.

Dated:    December 12, 2025          SO ORDERED.
          New York, New York


                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE

2