

Tong Jin
8140 Walnut Hill Lane, Ste 615
Dallas, TX 75231
Office: 972-331-4609
Facsimile 972-314-0900
Email: tjin@nilawfirm.com
WEBSITE: WWW.NILAWFIRM.COM

December 23, 2025

***VIA ECF***

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



**RE:** *Joint Application for Adjourning Hearing and Extension of TRO - PetPivot Inc. v. Shenzhen Tuguangliang Technology Co., Ltd. d/b/a THEREYE.us*, **Civil Action No. 1:25-cv-9171 (KPF)**

Dear Judge Failla:

Plaintiff PetPivot Inc. ("Plaintiff") and Defendant Shenzhen Tuguangliang Technology Co., Ltd. d/b/a THEREYE.us ("Defendant") (together, the "Parties"), through their counsel, respectfully request that the Court adjourn the preliminary injunction hearing set for December 29, 2025, and continue it to January 5, 2026, or to another date the Court deems appropriate.

Plaintiff filed its Complaint on November 3, 2025. Dkt. No. 1. On November 6, 2025, the Court granted Plaintiff's motion for a temporary restraining order ("TRO") and set a preliminary injunction ("PI") hearing for November 20, 2025. Dkt. No. 8 at 4–5. On December 2, 2025, upon the Parties' joint request, the Court extended the TRO and rescheduled the PI hearing for December 8, 2025. Dkt. No. 15. On December 4, 2025, Defendant submitted its Opposition to Plaintiff's application for a PI. Dkt. No. 16. Plaintiff submitted its reply on December 8, 2025. Following the Court's recommendation, the Parties have been engaged in discussions for a resolution that may avoid the need for a hearing. Upon Parties' joint requests, the Court has extended the TRO and rescheduled the PI hearing for December 15, 2025, December 23, 2025, and December 29, 2025, respectively. Dkt. Nos. 18, 20, and 22.

The Parties have been engaged in good-faith discussions and exchanged proposals. In light of the approaching Christmas and New Year holidays, those discussions have encountered some delays. As such, the Parties jointly request the Court to continue the schedule as follows:

- Preliminary Injunction Hearing: January 5, 2026.

This is the Parties' fourth request for a continuance of the PI hearing in this action. The Parties are jointly submitting this request. Defendant further consents to extending the current temporary restraining order (Dkt. No. 8) to the new hearing date.

Page 2


The parties respectfully request that Your Honor adjourn the preliminary injunction hearing and set the schedule and deadlines as the Parties jointly proposed.


Respectfully submitted,

/s/ Tong Jin
Tong Jin


Application GRANTED.

The temporary restraining order is hereby extended through **January 5, 2026,** under Federal Rule of Civil Procedure 65(b)(2). The preliminary injunction hearing is hereby ADJOURNED accordingly to **January 5, 2026,** at **11:00 a.m.** As before, the hearing will be telephonic. The dial-in information is as follows: At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 23.

Dated:    December 23, 2025    SO ORDERED.
          New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2